(Rev. 5/85) Judgment in a Civil Case ☒

# United States District Court

Eastern District of Wisconsin

PATRICIA BIRCHELL-SIELAFF,      JUDGMENT IN A CIVIL CASE

    Plaintiff,
v.

                                         CASE NUMBER: 02-CV-1263

RACINE COUNTY,
    Defendant.

[X]     Decision by Court. This action came for consideration before the Court.

      IT IS ORDERED AND ADJUDGED
      that plaintiff's complaint and this action are DISMISSED.

                                       SOFRON B. NEDILSKY
                                       Clerk of Court

September 19, 2005            s/ V. Kelly Barton Terry
Date                                   (By) Deputy Clerk

                                       Approved this 19th day of September, 2005.

                                       s/AARON E. GOODSTEIN
                                       United States Magistrate Judge